PD-0331_PD-0340-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

William Arthur McIntosh,
                    Petitioner

vs.

THE STATE OF TEXAS
                    Respondent

§
§
§
§
§
§
§
§
§

PDR Case No. _____

Appeal No. 10-15-00055-CR etal.

Trial Ct. No. 20084Cr et.al.

## PETITIONER'S [FIRST] MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE MOST HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW, William Arthur McIntosh, "Petitioner", Pro Se and respectfully files this his [First] Motion for Extension of Time to File Petition For Discretionary Review ("PDR"), pursuant to TEX. R. APP. P. 68.2(R) and would further show this most honorable court the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

**I.**

The Petitioner's PDR is due in this Court oun or before April 4, 2015.

**II.**

The petitioner needs a Sixty (60) day extension of time to finish his PDR, then get it copied and mailed into this court.

**III.**

The Tenth District Court of Appeals DENIED Petoioner's Appeal of his Motion for Out of Time New Trial, MEMORANDUM OPINION ON March 5, 2015. Petitioner is an incarcerated individual and is allowed about two hours a day in the Unit law library. With this being the case it takes a little longer to get the neccessary research completeed. After which Petitioenr has to mail out the original and get copies made and sent to this court. At this tim ePetitioenr feels that a Sixty (60) day extension of time would work well to complete and file his PDR.

## IV.

This is the Petitioner's [First] request for an extension of tim eto file PDR. He files this motion in good faith, not to cause any undue delays, nor to harass the Respondent.

## V.

**WHREEFORE, PREMISISES CONSIDERED,** the Petitioner respectfully prays this most Honorable would GRANt this Motion, extending the deadline to file PDR by ~~thirty~~ Sixty (~~30~~ 60) days.

## VI.

I, _William Arthur McIntsh, TDCJ-ID no. 688254, being presently illegally incarcerated under an uncontroverted, illegal null and void judgemtn of conviction and sentence – in the French M. Robertson Unit of the TDCJ-CId system, in Jones County, Texas, do herby verify and declare under penalty of perjruy that the foregoing MOTION and STATEMENTS made herein are all true and correct.

Respectfully Submitted,

William A. McIntosh
Petitioner, Pro Se
TDCJ-ID no. 688254
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

## VII.

| | | |
|---|---|---|
| WILLIAM ARTHUR MCINTOSH<br>    Petitioner | § | PDR Case no. _____ |
| | § | |
| VS. | § | Appeal No. 10-15-00055-CR et.al. |
| | § | |
| THE STATE OF TEXAS | § | TRial Court no. 20084CR et.al |
| | § | |

### PETITIONER MCINTOSH'S DECLARATION OF INABILITY TO PAY COST

**NOW RESPECTFULLY COMES:** William Arthur McIntosh, TDCJ-ID no. 688254 and declares that I am unable to pay any court costs related to a PETITION FOR DISCRETION ARY REVIEW (PDR) under TEX. R. APP. P. 68 and request leave of court to proceed In Forma Pauperis in the accompanying case and would further show the court:

> In the past Petitioner has filed a Chapter 64 DNa motion for appointment of counsel. Petitioenr was found to be indigent then and since circumstance have not changed since. I presume that I am still considered to be indigent under article 26.04(p) C.CR.P.

I, William Arthur McIntosh, TDCJ-ID no. 68854 , being presently incarcerated in the French M. Robertson Unit of the TDCJ-CID system, in JOnes County, Texas do hereby verify and declare under penalty of perjury that the foregoing DECLARATION and STATEMENTS made herein are all true and correct.

Respectfully Submitted,

*William Arthur McIntosh*

William Arthru McINtosh

French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
TDCJ-/ID no. 688254